# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| EDMOND CALLOWAY, | : | No. 49 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID RUDENSTEIN, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2017, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Ali*, 10 A.3d 282, 293 (Pa. 2010) (explaining that hybrid representation is not permissible). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.